B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re    Zeus Investments, L.L.C.      Case No. _____
                                       Debtor(s)      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A&A Locksmith<br>247 N. College<br>Lafayette, LA 70506 | A&A Locksmith<br>247 N. College<br>Lafayette, LA 70506 | | | 5,430.24 |
| Adcock Construction<br>11285 FM 2932<br>Forney, TX 75126 | Adcock Construction<br>11285 FM 2932<br>Forney, TX 75126 | | | Unknown |
| Alamo Glass Company<br>1220 Bertrand Drive<br>Lafayette, LA 70506 | Alamo Glass Company<br>1220 Bertrand Drive<br>Lafayette, LA 70506 | | | 10,341.04 |
| Alsco<br>Po Box 8829<br>Shreveport, LA 71148 | Alsco<br>Po Box 8829<br>Shreveport, LA 71148 | | | 7,720.84 |
| Cox Communications<br>PO Box 9001079<br>Louisville, KY 40290 | Cox Communications<br>PO Box 9001079<br>Louisville, KY 40290 | | | 19,208.01 |
| Ernest P. Breaux Electric<br>PO Box 11640<br>New Iberia, LA 70562 | Ernest P. Breaux Electric<br>PO Box 11640<br>New Iberia, LA 70562 | | | 6,329.60 |
| Event Rental<br>310 Bertrand Street<br>Lafayette, LA 70506 | Event Rental<br>310 Bertrand Street<br>Lafayette, LA 70506 | | | 26,793.77 |
| William M. Graves, CPA<br>792-B Vieux Marche<br>Biloxi, MS 39530 | William M. Graves, CPA<br>792-B Vieux Marche<br>Biloxi, MS 39530 | | | 11,025.00 |
| Global Equipment Company<br>PO Box 905713<br>Charlotte, NC 28290 | Global Equipment Company<br>PO Box 905713<br>Charlotte, NC 28290 | | | 5,996.70 |
| Grass Roots, Inc.<br>124 Beau Pre Road<br>Lafayette, LA 70508 | Grass Roots, Inc.<br>124 Beau Pre Road<br>Lafayette, LA 70508 | | | 25,467.91 |
| Intercontinental Hotels Group<br>PO Box 101074<br>Atlanta, GA 30392 | Intercontinental Hotels Group<br>PO Box 101074<br>Atlanta, GA 30392 | | | 44,321.69 |
| J&J Exterminating<br>105 S. College Road<br>Lafayette, LA 70503 | J&J Exterminating<br>105 S. College Road<br>Lafayette, LA 70503 | | | 4,590.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Zeus Investments, L.L.C.                                    Case No.
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| KMEI Kurt Melon Enterprises,Inc.<br>PO Box 829<br>Scott, LA 70583 | KMEI Kurt Melon Enterprises, Inc.<br>PO Box 829<br>Scott, LA 70583 | | | 6,241.55 |
| Lafayette Utilities System<br>705 W. University Avenue<br>PO Box 4024<br>Lafayette, LA 70502 | Lafayette Utilities System<br>705 W. University Avenue<br>PO Box 4024<br>Lafayette, LA 70502 | | | 42,362.82 |
| Lamar<br>PO Box 96030<br>Baton Rouge, LA 70896 | Lamar<br>PO Box 96030<br>Baton Rouge, LA 70896 | | | 14,400.00 |
| Onity, Inc.<br>Lockbox 223067<br>Pittsburgh, PA 15251-2067 | Onity, Inc.<br>Lockbox 223067<br>Pittsburgh, PA 15251-2067 | | | 20,659.76 |
| Safe Step, Inc.<br>1240 Princeton Avenue S<br>Savage, MN 55378 | Safe Step, Inc.<br>1240 Princeton Avenue S<br>Savage, MN 55378 | | | 8,889.98 |
| System Services<br>PO Box 61188<br>Lafayette, LA 70596 | System Services<br>PO Box 61188<br>Lafayette, LA 70596 | | | 5,766.38 |
| U.S. Foodservice, Inc.<br>Box 840396<br>Dallas, TX 75284 | U.S. Foodservice, Inc.<br>Box 840396<br>Dallas, TX 75284 | | | 17,519.74 |
| Worknet<br>616 N. Causeway Blvd.<br>Metairie, LA 700001 | Worknet<br>616 N. Causeway Blvd.<br>Metairie, LA 700001 | | | 5,820.38 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   3/24/2011                              Signature   /s/ Audrey Le
                                                          Audrey Le
                                                          Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.